**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donna Whitsett** | Social Security number or ITIN   **xxx–xx–3150** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–25069–GLT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donna Whitsett

4/4/18

**By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 17-25069-GLT
Donna Whitsett                                               Chapter 7
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin          Page 1 of 1          Date Rcvd: Apr 04, 2018
                           Form ID: 318          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db          +Donna Whitsett,   767 Drey Street,   Arnold, PA 15068-4213
14748043    +Allegheny Health Network,   P.O. Box 645266,   Pittsburgh, PA 15264-5250
14748045    +EOS CCA,   P.O. Box 981025,   Boston, MA 02298-1025
14748046     Fay Servicing,   P.O. Box 619063,   Ringgold, TX 76261
14748047    +John Weinstein,   Allegheny County Treasurer,   Room 108 Courthouse,   436 Grant Street,
             Pittsburgh, PA 15219-2497
14748048    +Life Vest 2011,   121 Gamma Drive,   Pittsburgh, PA 15238-2919
14748050     State Collection Service, Inc.,   P.O. Box 6250,   Madison, WI 53716-0250
14748053    +Treasurer,   City & School Tax,   414 Grant Street,   Pittsburgh, PA 15219-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QJRWALSH.COM Apr 05 2018 05:23:00      James R. Walsh,
             Spence, Custer,Saylor,Wolfe & Rose, LLC,   1067 Menoher Boulevard,   Johnstown, PA 15905-2545
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:37:56      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
cr          +E-mail/Text: kburkley@bernsteinlaw.com Apr 05 2018 01:39:06      Duquesne Light Company,
             c/o Allison Carr,   707 Grant Street,   Suite 2200,   Pittsburgh, PA 15219-1945
14748042    +EDI: AAEO.COM Apr 05 2018 05:23:00      Aaron's Furniture,   3219 Leechburg Rd.,
             New Kensington, PA 15068-2805
14748044    +EDI: DCI.COM Apr 05 2018 05:23:00      Diversified Consultants Inc.,   P.O. Box 551268,
             Jacksonville, FL 32255-1268
14748049    +EDI: AGFINANCE.COM Apr 05 2018 05:18:00      One Main Financial,   P.O. Box 742536,
             Cincinnati, OH 45274-2536
14749011    +EDI: PRA.COM Apr 05 2018 05:23:00      PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
14748051    +EDI: RMSC.COM Apr 05 2018 05:23:00      Synchrony Bank,   P.O. Box 960061,
             Orlando, FL 32896-0061
14748052    +EDI: WTRRNBANK.COM Apr 05 2018 05:23:00      Target Card Services,   P.O. Box 660170,
             Dallas, TX 75266-0170
                                                                                TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Citibank, N.A., not in its individual capacity, bu
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
          acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          David E. Daniel    on behalf of Debtor Donna  Whitsett dankas@consolidated.net
          James Warmbrodt    on behalf of Creditor   Citibank, N.A., not in its individual capacity, but
          solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
          James R. Walsh    jwalsh@spencecuster.com,
          trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
          ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                                TOTAL: 5